**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2317**

───────────

CLINTON BRINSON,

               Plaintiff - Appellant,

     v.

FRED SMITH COMPANY,

               Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-cv-00197-D)

───────────

Submitted:  April 25, 2023                       Decided:  April 27, 2023

───────────

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Clinton Brinson, Appellant Pro Se.  Dalton Blair Green, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Brinson has filed a notice of appeal in his civil action against Fred Smith Company alleging violations of the Fair Labor Standards Act. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Review of the docket confirms that, at the time Brinson filed his notice of appeal, his action was still pending in the district court, and Brinson does not otherwise identify an appealable interlocutory or collateral order from which he wishes to appeal. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2